UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 4:19CR00071 CDP |
| QUENTARUS SMITH, | ) ) ) |
| Defendant. | ) |

**MOTION OF THE UNITED STATES**
**FOR PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said District, and moves this Court to issue a Preliminary Order of Forfeiture in the above-captioned case. In support thereof, the United States sets forth the following:

1. On January 29, 2019, Defendant Quentarus Smith pled guilty to a violation of Title 21, United States Code, Sections 841(a)(1) and 846, and also agreed, in writing in the Guilty Plea Agreement, to the forfeiture of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

2. Defendant further agreed to the forfeiture of the following specific property (the "Subject Property"):

   a. Approximately $199,973.43 U.S. Currency from Account #...9727 at Busey Bank.

3.      Defendant agreed that the proffer of evidence supporting the guilty plea is sufficient evidence to support forfeiture of the Subject Property.

4.      Additional items, included but not limited to approximately $902,970.00 U.S. Currency; that was also subject to forfeiture pursuant to notice provided in the Information and the Guilty Plea Agreement, has been forfeited administratively by the Drug Enforcement Administration, and therefore the United States is no longer seeking the criminal forfeiture of said property in the instant case.

5.      Based upon the evidence set forth in the Guilty Plea Agreement and that was presented at the Defendant's plea hearing, the United States has established the required nexus between the Subject Property and the offenses to which Defendant has pled guilty.  Accordingly, the Subject Property is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853.

6.      Pursuant to Rule 32.2(b)(6) and Title 21, United States Code, Section 853(n), upon the issuance of a Preliminary Order of Forfeiture, the United States shall publish notice of the Order and send direct notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Rule 32.2(c) and Title 21, United States Code, Section 853(n), in which the Subject Property will be ordered forfeited to the United States to be disposed of according to law.

8.      Pursuant to Rule 32.2(b)(4)(A) and Defendant's Guilty Plea Agreement, the Preliminary Order of Forfeiture becomes final as to Defendant upon entry.  The Order remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c).

9. Pursuant to Rule 32.2(b)(4)(B), the Court must include the forfeiture when orally announcing the sentence or must otherwise ensure Defendant knows of the forfeiture at sentencing. The Court must also include the forfeiture order, directly or by reference, in the judgment, but the Court's failure to do so may be corrected at any time under Rule 36.

WHEREFORE, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the United States respectfully requests that this Court determine that the Subject Property is subject to forfeiture, and moves the Court to enter a Preliminary Order of Forfeiture forfeiting the above described property, including the Subject Property.  Pursuant to Rule 32.2(b)(3), the United States also requests authority to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.   The United States submits herewith its proposed Preliminary Order of Forfeiture.

Dated: March 4, 2019                                                        Respectfully submitted,

                                                                                            JEFFREY B. JENSEN
                                                                                            United States Attorney

                                                                                             /s/ Stephen Casey
                                                                                            STEPHEN CASEY, #58879MO
                                                                                            Assistant United States Attorney
                                                                                            111 South 10th Street, Suite 20.333
                                                                                            Saint Louis, Missouri 63102
                                                                                            Telephone:    (314) 539-2200
                                                                                            Facsimile:      (314) 539-2312